**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO J. G., aka Alejandra Zuazo J., <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER CHESTNUT, Warden of California City Correctional Facility, <br><br> Respondent. | No. 1:26-cv-00261 JLT SKO (HC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br> (Doc. 13) <br><br> ORDER GRANTING PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION, DIRECTING RESPONDENTS TO RELEASE PETITIONER, ENJOINING RESPONDENTS FROM RE-DETAINING PETITIONER, AND GRANTING PARTIES OPPORTUNITY TO SUBMIT ADDITIONAL BRIEFING ON THE MERITS <br><br> ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

Alejandro J. G., aka Alejandra Zuazo J., is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 23, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant Petitioner's motion for preliminary injunction. (Doc. 13.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 5 days. (Doc. 13.) Over 5 days have passed, and no party has filed objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

1

Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 23, 2026, (Doc. 13), are **ADOPTED** in full.

2. Petitioner's motion for preliminary injunction, (Doc. 3), is **GRANTED**.

3. Respondents are **ORDERED TO RELEASE** Petitioner immediately.

4. Respondents are **ENJOINED** from re-detaining Petitioner unless her re-detention is ordered at a custody hearing before a neutral arbiter where the government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a flight risk or danger to the community.[1]

5. The parties are **GRANTED** 30 days from the date of service of this order to submit additional briefing on the petition. If the parties do not desire to provide additional briefing, they are directed to advise the Court that they intend to stand on the pleadings already submitted.

6. The matter is **REFERRED BACK** to the Magistrate Judge for preparation of Findings and Recommendations on the merits of the petition.

IT IS SO ORDERED.

Dated:   **March 3, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

---

[1] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here, **SHALL** be provided within seven days of the arrest."

2